# Exhibit A

AssuranceAmerica
AssuranceAmerica Managing General Agency, LLC
P.O. Box 1907
Suwanee, GA 30024

183 1 41380 ********************AUTO**5-DIGIT 47304
Tyler Folkner
[redacted]

July 10, 2026

**Re: Notice of Data Security Incident**

Dear Tyler Folkner:

AssuranceAmerica Managing General Agency, LLC ("AssuranceAmerica" or the "Company") is providing this notice to inform you of a cybersecurity incident that the Company recently experienced which involved some of your personal information. This letter is to inform you of this incident, the steps we have taken in response, and the steps that you may want to consider to help protect your affected information.

**What Happened?**

On March 17, 2026, the Company detected suspicious activity involving certain Company systems that appears to have resulted from malicious activity on March 16, 2026 that targeted one of the Company's employees. The Company promptly began an investigation and engaged external computer forensic specialists to help determine what occurred and what data may have been impacted. During the investigation, the Company determined that an unauthorized third party accessed certain portions of the Company's informational technology (IT) environment and copied certain data files.

The Company subsequently conducted a review of the affected files to identify individuals whose personal information may have been contained within those files. Because of the nature of the files involved and the scope of the required review, this file evaluation process was only recently completed (on June 15, 2026), and we are now providing this notice.

**What Information Was Involved?**

We completed our review and determined that some of your personal information was contained in the affected files, including your name and one or more of the following types of information: contact information, automobile insurance policy or insurance account information, driver or vehicle information, claims-related information, driver's license number/information, Tax ID information and/or Social Security number.

**What We Are Doing?**

The Company has taken, and continues to take, steps to prevent a similar incident from happening in the future. After detecting the activity, the Company disabled compromised credentials, terminated unauthorized sessions, isolated affected systems as appropriate, and notified law enforcement. The Company also implemented additional measures designed to enhance the security of its IT systems and data, including resetting passwords, deploying enhanced monitoring and threat detection tools, and providing additional instruction to personnel regarding cybersecurity threats.

**What You Can Do**

You should consider reviewing your credit reports, bank account and other financial statements, and immediately contact your financial institution if you identify suspicious activity. We also encourage affected individuals to review the additional information below, which provides information on additional steps that can be taken in response to this incident, and certain state-specific notices, as applicable.

**For More Information**

For more information, please call 1-844-854-2353 (toll free), Monday through Friday, 9:00 a.m. to 9:00 p.m. Eastern Time, or write to AssuranceAmerica Managing General Agency, LLC, Attn: Data Incident Response, 100 Galleria Parkway, SE, Suite 800, Atlanta, GA 30339.

The Company takes very seriously the need to protect the privacy and security of all personal information that it maintains, and deeply regrets any inconvenience or concern that this incident may cause.

Sincerely,

AssuranceAmerica Managing General Agency, LLC

## Additional Information Concerning Identity Theft and Related Matters

**Credit Reporting Companies.** Contact information for the three nationwide credit reporting companies is as follows:

| Equifax | Experian | TransUnion |
|---|---|---|
| Phone: 1-800-525-6285<br>P.O. Box 740256<br>Atlanta, GA 30374<br>www.equifax.com | Phone: 1-888-397-3742<br>P.O. Box 9554<br>Allen, TX 75013<br>www.experian.com | Phone: 1-888-680-7289<br>P.O. Box 2000<br>Chester, PA 19016-2000<br>www.transunion.com |

**Free Credit Report.** We remind you to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. If you identify any unauthorized charges on your financial account statements, you should immediately report any such charges to your financial institution. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available from the U.S. Federal Trade Commission's ("FTC") website at www.consumer.ftc.gov to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281.

**Security Freeze.** Security freezes, also known as credit freezes, restrict access to your credit file, making it harder for identity thieves to open new accounts in your name. You can freeze and unfreeze your credit file for free. You also can get a free freeze for your children who are under 16. And if you are someone's guardian, conservator or have a valid power of attorney, you can get a free freeze for that person, too.

How will these freezes work? Contact all three of the nationwide credit reporting agencies – Equifax, Experian, and TransUnion. If you request a freeze online or by phone, the agency must place the freeze within one business day. If you request a lift of the freeze, the agency must lift it within one hour. If you make your request by mail, the agency must place or lift the freeze within three business days after it gets your request. You also can lift the freeze temporarily without a fee.

The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse, this information must be provided for him/her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

**Fraud Alerts.** A fraud alert tells businesses that check your credit that they should check with you before opening a new account. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years. To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report.

**Federal Trade Commission and State Attorneys General Offices.** If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your home state. You may also contact these agencies for information on how to prevent or avoid identity theft. You may contact the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580, www.ftc.gov/bcp/edu/microsites/idtheft/, 1-877-IDTHEFT (438-4338).

**Reporting of identity theft and obtaining a police report.** You have the right to obtain any police report filed in the United States in regard to this incident. If you are the victim of fraud or identity theft, you also have the right to file a police report.

## Additional Information for Residents of Certain States

**For Arizona Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For California Residents:** For additional information on protection against identity theft, you may contact the California Office of Privacy Protection at www.oag.ca.gov/privacy and the Office of the Attorney General at 1300 1 Street, Sacramento, CA 95814, 1-800-952-5225. You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s). As required by applicable law, we are offering affected individuals in California a complimentary, 12-month credit monitoring service with IDX. The IDX service helps detect possible misuse of personal information and provides identity protection support focused on identification and resolution of identity theft concerns. This credit monitoring service is free to affected individuals and enrolling in this program will not hurt one's credit score. Please contact the Company at 1-844-854-2353 (toll free), Monday through Friday, 9:00 a.m. to 9:00 p.m. Eastern Time for details.

**For Colorado Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For District of Columbia Residents:** You may contact the District of Columbia Attorney General at 400 6th Street, NW, Washinton, D.C. 20001, oag@dc.gov and www.oag.dc.gov, 1-202-727-3400.

**For Georgia Residents:** You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Iowa Residents:** You may contact the Iowa Attorney General at Office of the Iowa Attorney General, Hoover State Office Building, 1305 E. Walnut Street, Des Moines, IA 50319, www.iowaattorneygeneral.gov, 1-515-281-5164. You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s). You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Kentucky Residents:** You may contact the Office of the Attorney General of Kentucky, 700 Capitol Avenue, Suite 118 Frankfort, Kentucky 40601, www.ag.ky.gov, Telephone: 1-502-696-5300.

**For Maine Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Maryland Residents:** You may contact the Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, www.oag.maryland.gov, 1-888-743- 0023. You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Massachusetts Residents:** You have the right to obtain a copy of any police report filed in connection with this incident. If you are a victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Montana Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For New Jersey Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For New Mexico Residents:** You have rights under the federal Fair Credit Reporting Act (FCRA), which governs the collection and use of information pertaining to you by consumer reporting agencies. For more information about your rights under FCRA, please visit https://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0096-fair-credit-reporting-act.pdf or www.ftc.gov.

**For New York Residents:** You may contact the New York Department of State Division of Consumer Protection, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, http://www.dos.ny.gov/consumerprotection, 518-474-8583 / 1-800-697-1220; and New York State Office of the Attorney General, The Capitol, Albany, NY 12224-0341, https://ag.ny.gov, 1-800-771-7755.

**For North Carolina Residents:** You may contact the North Carolina Office of the Attorney General, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699- 9001, www.ncdoj.gov, 1-877-566-7226.

**For Oregon Residents:** You may contact the Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301-4096, www.doj.state.or.us, 1-877-877-9392.

**For Pennsylvania Residents:** As required by applicable law, we are offering affected individuals in Pennsylvania a complimentary, 12-month credit monitoring service with IDX. The IDX service helps detect possible misuse of personal information and provides identity protection support focused on identification and resolution of identity theft concerns. This credit monitoring service is free to affected individuals and enrolling in this program will not hurt one's credit score. Please contact the Company at 1-844-854-2353 (toll free), Monday through Friday, 9:00 a.m. to 9:00 p.m. Eastern Time for details.

**For Puerto Rico Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For Rhode Island Residents:** You may contact the Rhode Island Attorney General, 150 South Main Street, Providence, RI 02903, www.riag.ri.gov, 1-401-274-4400. You have the right to obtain a copy of any police report filed in connection with this incident. If you are a victim of identity theft, you also have the right to file a police report and obtain a copy of it.

**For South Carolina Residents:** You may contact the South Carolina Department of Consumer Affairs, for guidance on preventing and minimizing the effects of identity theft at 293 Greystone Boulevard, Suite 400, Columbia, SC 29210, www.consumer.sc.gov, 1-803-734-4200.

**For Texas Residents:** You may contact and obtain information from your state attorney general at: Office of the Texas Attorney General www.texasattorneygeneral.gov/consumer-protection/identity-theft or contact the Identity Theft Hotline at 1-800-621-0508 (toll-free).

**For Vermont Residents:** If you do not have Internet access but would like to learn about how to place a security freeze on your credit report, contact the Vermont Attorney General's office at 1-802-656-3181 (or 1-800-649-2424 – toll free in Vermont only).

**For Washington Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

**For West Virginia Residents:** You may obtain one or more additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).